# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Armando Chagoya, Joshua Champion, Nicholas Chrabot, Shane Coleman, Eric Cronin, Christopher DeCanto, Kyle Gleeson, Jorge Heredia, Eric James, Peter Jonas, Evan Kilponen, Adam Maseth, Ryan McCallum, Scott Minneci, Peter Moore, John Murphy, Ryan Nutile, Pachara Santisuk, Justin Raether, Phillip Renault, Salvatore Ruggiero, Kevin Sheahan and Marco Zenere, <br><br>Plaintiff(s),<br><br>v.<br><br>City Of Chicago,<br><br>Defendant(s). | Case No. 18 C 6468<br>Judge Charles P. Kocoras |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

        which ☐ includes    pre–judgment interest.
                ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
and against plaintiff(s)
.
Defendant(s) shall recover costs from plaintiff(s).

☒    other: Judgment entered in favor of defendant City of Chicago and against plaintiffs Armando Chagoya, Joshua Champion, Nicholas Chrabot, Shane Coleman, Eric Cronin, Christopher DeCanto, Kyle Gleeson, Jorge Heredia, Eric James, Peter Jonas, Evan Kilponen, Adam Maseth, Ryan McCallum, Scott Minneci, Peter Moore, John Murphy, Ryan Nutile, Pachara Santisuk, Justin Raether, Phillip Renault, Salvatore Ruggiero, Kevin Sheahan and Marco Zenere.

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Charles P. Kocoras on a motion for summary judgment.

Date:  10/2/2019                              Thomas G. Bruton, Clerk of Court

                                              Vettina Franklin, Deputy Clerk