IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT BARTLETT and PATRICK LEYDEN, individually and on behalf of other similarly situated members of the Chicago Police Department, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 14 C 07225 |
| vs. | ) ) | Judge Charles Kocoras |
| CITY OF CHICAGO, an Illinois Municipal Corporation, | ) ) ) ) | |
| Defendant. | ) ) | |
| ARMANDO CHAGOYA, JOSHUA CHAMPION, NICHOLAS CHRABOT, SHANE COLEMAN, ERIC CRONIN, CHRISTOPHER DeCANTO, KYLE GLEESON, JORGE HEREDIA, ERIC JAMES, PETER JONAS, EVAN KILPONEN, ADAM MASETH, RYAN McCALLUM, SCOTT MINNECI, PETER MOORE, JOHN MURPHY, RYAN NUTILE, JUSTIN RAETHER, PHILLIP RENAULT, SALVATORE RUGGIERO, PACHARA SANTISUK, KEVIN SHEAHAN, MARCO ZENERE, | ) ) ) ) ) ) ) ) ) ) ) ) ) | NO. 18 C 6468 Judge Charles P. Kocoras |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| CITY OF CHICAGO, | ) ) | |
| Defendant. | ) | |

## **JOINT NOTICE OF APPEAL**

Joint notice is hereby given that ROBERT BARTLETT and PATRICK LEYDEN, individually and on behalf of all other Plaintiffs in Case No. 14 C 07225, and ARMANDO CHAGOYA, JOSHUA CHAMPION, NICHOLAS CHRABOT, SHANE COLEMAN, ERIC

CRONIN, CHRISTOPHER DECANTO, KYLE GLEESON, JORGE HEREDIA, ERIC JAMES, PETER JONAS, EVAN KILPONEN, ADAM MASETH, RYAN MCCALLUM, SCOTT MINNECI, PETER MOORE, JOHN MURPHY, RYAN NUTILE, JUSTIN RAETHER, PHILLIP RENAULT, SALVATORE RUGGIERO, PACHARA SANTISUK, KEVIN SHEAHAN, and MARCO ZENERE, in Case No. 18 C 06468, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the following orders entered by the Honorable Charles P. Kocoras, Judge of the United States District Court for the Northern District of Illinois, Eastern Division:

1. Memorandum Opinion and Order of October 1, 2019, granting summary judgment in favor of Defendant, City of Chicago, and dismissing Plaintiffs' case (Dkt. No 257) in Case No. 14 C 07225;

2. Judgment in a Civil Case entered on October 1, 2019 (Dkt. No. 258), in Case No. 14 C 07225;

3. Minute Entry of October 1, 2019, dismissing Plaintiffs' case (Dkt. No. 19), in Case No. 18 C 06468; and

4. Judgment in a Civil Case entered on October 1, 2019 (Dkt. No. 20), in Case No. 18 C 06468.

Case Nos. 14 C 07225 and 18 C 06468 are filed as a joint notice of appeal, in accordance with Fed. App. Civ. P. 3(b), because the two sets of Plaintiffs are entitled to appeal from the same judgment or order, and their interests make joinder practicable. (See Dkt. No. 19 to Case No. 18 C 06468, "MINUTE entry before the Honorable Charles P. Kocoras: In light of the Memorandum Opinion entered in lead case (14cv7225) on 10/1/2019 #257, this case is terminated.")

By this joint appeal, Plaintiffs will ask the court of appeals to reverse the orders and judgments of the district court and grant such other relief as they may be entitled to on this appeal.

                Respectfully submitted,

                <u>s/ *Paul D. Geiger*</u>
                Paul D. Geiger
                Lead Counsel for Plaintiffs

Law Offices of Paul D. Geiger
540 North Frontage Road, Suite 3020
Northfield, Illinois 60093
(773) 410-0841
ARDC #6210743

## **CERTIFICATE OF SERVICE**

      I, Paul D. Geiger, an attorney, certify that I served the Plaintiffs' Joint Notice of Appeal via the ECF Filing System, on October 30, 2019, to the persons listed below:

Jennifer A. Naber
Matt Kellam
James Convery
Laner, Muchin, Dombrow,
Becker, Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60654-4688


                                                                          By: */s/ Paul D. Geiger*
                                                                               Plaintiffs' Attorney


Law Offices of Paul D. Geiger
540 North Frontage Road, Suite 3020
Northfield, Illinois 60093
(773) 410-0841